JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case No. ED CV 18-0829 FMO (PLAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BEDI & SONS LLC, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, filed contemporaneously with this Judgment, IT IS HEREBY ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Samuel Love jointly and severally against defendants Bedi & Sons LLC and Harsimran Singh Bedi in the amount of $9,115.00 for statutory damages, costs, and attorney's fees. The total amount is allocated as follows:

    A.    Statutory damages in the amount of $4,000.00.

    B.    Attorney's fees in the amount of $4,455.00.

    C.    Costs in the amount of $660.00.

2. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 6th day of February, 2019.

/s/ Fernando M. Olguin

Fernando M. Olguin
United States District Judge